**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| NELSON CALDERSON, B03005, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 21-cv-1061-DWD |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MEMORANDUM AND ORDER</u>

**DUGAN, District Judge:**

This matter is before the Court on Plaintiff's motion for reimbursement of expenses. (Doc. 161). Plaintiff's assigned counsel, Jeffrey K. Suess, seeks $13,412.06 in costs associated with the retention and deposition of expert witnesses and several defendants. (Doc. 161 at 2). Counsel has properly supported the motion with documentation itemizing the expenses, as well as a statement of costs for his professional legal services totaling an additional $13,540. The Plan for Administration of the District Court Fund Section 2.6 authorizes any District or Magistrate Judge to approve a request for up to $5,000 to cover costs incurred via a signed order. Here, the undersigned **FINDS** the fees associated with experts and depositions to be reasonable, and thus **GRANTS** the Motion (Doc. 161) to the maximum extent practicable. Pursuant to the Plan for the Administration of the District Court Fund, the Clerk is hereby **ORDERED** to pay attorney Jeffrey K. Suess in the amount of five thousand dollars ($5,000.00), representing the out-of-pocket expenses reasonably incurred in this case by Plaintiff's court-assigned counsel.

Additionally, the Court thanks counsel for the exceptional service provided in this matter. Counsel expended substantial effort and resources and skillfully negotiated a resolution for which the Court is grateful.

**IT IS SO ORDERED.**

Dated: April 7, 2026

_____
DAVID W. DUGAN
United States District Judge